IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE OLVER,

    Petitioner,           No. 2:12-cv-2831 KJN P

    vs.

MICHAEL BABCOCK, Warden,

    Respondent.       ORDER

_____/

        Petitioner is a federal prisoner, proceeding without counsel, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On March 14, 2013, petitioner filed a motion for default judgment, based on respondent's alleged failure to timely file a responsive pleading. However, by order filed February 20, 2013, respondent was granted until April 1, 2013, in which to file a responsive pleading. (Dkt. No. 12.) Thus, petitioner's motion is premature, and is denied. Accordingly, IT IS HEREBY ORDERED that petitioner's March 14, 2013 motion (dkt. no. 14) is denied without prejudice.

DATED: March 20, 2013

                                 KENDALL J. NEWMAN
                                 UNITED STATES MAGISTRATE JUDGE

oliv2831.def