IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE OLIVER,

        Petitioner,           No. 2:12-cv-2831 KJN P

    vs.

MICHAEL BABCOCK, Warden,

        Respondent.        ORDER

_____/

        Petitioner, a federal prisoner, is proceeding without counsel. Petitioner filed a 71 page petition under 28 U.S.C. § 2241 raising five claims, and providing 41 pages of exhibits. (Dkt. No. 1.) Both parties have consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On March 28, 2013, counsel for respondent filed a second request for extension of time which was required to allow the Bureau of Prisons' agency counsel ("BOP Attorney") to perform additional research, and to obtain additional documentation. (Dkt. No. 16 at 2.) On April 1, 2013, respondent's second request for extension of time was granted, and respondent was cautioned that no further extensions of time would be granted.

        On April 4, 2013, petitioner filed a motion to strike respondent's second motion for extension of time, claiming he is prejudiced by the extension because his alleged wrongful housing in medium custody subjects him to harsher conditions than his appropriate minimum

1 custody requires. (Dkt. No. 18.) Specifically, petitioner contends he is subject to being on 24
2 hour lock-down, and is subject to more potential of being harmed due to his placement in higher
3 custody. Petitioner states that the request was not taken in good faith, but offers no facts to
4 support such claim. Petitioner claims that respondent's excuse was "not a valid applicable
5 excuse." (Dkt. No. 18 at 2.)

6       On May 1, 2013, respondent filed a third motion for extension of time. New
7 counsel for respondent filed the request, noting that previously assigned counsel is out of the
8 office on extended medical leave, and new counsel was only made aware of the May 1, 2013
9 deadline on that very day. (Dkt. No. 20 at 2.) New counsel confirms that the BOP Attorney has
10 provided information to assist in the preparation of the response, but that new counsel has not
11 had an opportunity to review all of the information, or to conduct the additional research needed
12 to prepare the final response. Respondent seeks a brief ten day extension of time, until May 11,
13 2013, in which to file the response. Respondent contends petitioner has a projected release date
14 of January 8, 2018, and will not be prejudiced by the late response. (Id.)

15       The court finds that respondent demonstrated good cause for both the second and
16 third requests for extension of time to file the responsive pleading. The record reflects no bad
17 faith on the part of respondent's counsel.

18       Accordingly, IT IS HEREBY ORDERED that:
19       1. Petitioner's motion to strike (dkt. no. 18) is denied;
20       2. Respondent's motion for extension of time (dkt. no. 20) is granted;
21       3. Respondent shall file a response to the § 2241 petition on or before May 11,
22 2013; and
23       4. Petitioner's traverse is due thirty days thereafter.

24 DATED: May 6, 2013

25       _____
      KENDALL J. NEWMAN
      UNITED STATES MAGISTRATE JUDGE

26 /oliv2831.eot3